UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60003-CR-ALTMAN

UNITED STATES OF AMERICA

v.

STEVEN ALLEN SCHWARTZ,

    Defendant.
_____/

## MOTION TO CONTINUE TIME TO RESPOND TO PSR AND CURRENTLY SET SENTENCING DATE

COMES NOW the Defendant, STEVEN ALLEN SCHWARTZ, by and through his attorneys, BORIS LAVENT and JACK FRIEDLANDER, and respectfully requests this Honorable Court to grant his Motion to Continue Time To Respond To PSR And Currently Set Sentencing Date, and in support thereof, states as follows:

1. An agreeable Information was filed against this Defendant on January 6, 2020. Defendant was arraigned on January 9, 2020.

2. A Change of Plea Hearing was also set for January 9, 2020 and entered on the same date with a recommendation from the Magistrate Judge to the Honorable Judge Roy K. Altman to accept same.

3. Defendant's Sentencing date was set for March 13, 2020, at 3:00 p.m. in the Fort Lauderdale Division, Courtroom 207A, before the Honorable Judge Roy K. Altman.

4. On January 23, 2020, the Defendant filed a Motion to Continue the deadline to respond to the PSR by 30 days and the Sentencing Hearing by 60 days because as of the date of that Motion, the Defendant had not yet received a substantial amount of discovery from the

Government.

5. On January 24, 2020, this Court granted in part Defendant's Motion to Continue.

6. The Defendant's Sentencing Hearing is currently scheduled for April 21, 2020 at 2:30 p.m. in the Fort Lauderdale Division, Courtroom 207A, before the Honorable Judge Roy K. Altman.

7. On February 28, 2020, the Government produced a voluminous amount of discovery to the Defendant. The documents comprise over 1.6 terabytes of data, and it does not appear that there is an ability to perform keyword searches to expedite the Defendant's attorneys' review of the produced documents.

8. The Government was delayed by several weeks in producing the discovery due to, among other reasons, technical issues.

9. The Defendant's attorneys will need to spend a substantial amount of time reviewing the discovery in order to properly respond to the PSR, prepare arguments for sentencing, and determine the appropriate attributable loss amount to the Defendant.

10. Attorney Jack Friedlander is currently scheduled for two trials in the next 60 days, which further complicates his ability to review the discovery.

11. This continuance request is not meant to delay these proceedings in any way; rather it is to afford defense counsels adequate time to respond to the PSR for sentencing arguments and prepare a legal memorandum for this Court based on the facts as it relates to this matter and this Defendant.

12. The Defendant has been cooperating with the Government and continues to cooperate.

13. Defense counsel has discussed this request with the Government, and the Government does not object to a 90-day continuance of the Sentencing Date and deadline to respond

to the PSR.

WHEREFORE, the Defendant, STEVEN ALLEN SCHWARTZ, prays this Honorable Court grant his Motion to Continue Sentencing and deadline to file objections to the PSR. Undersigned counsels respectfully suggest that the deadline to object to the PSR and the sentencing hearing be continued by 90 days.

Respectfully submitted,

LAVENT LAW, P.A.
17295 NE 19th Avenue
North Miami Beach, FL 33162
Tel: (305) 440-0450
Email: boris@laventlaw.com

By:     /s/ Boris Lavent
        Boris Lavent, Esq.
        Florida Bar No. 111596


LAW OFFICE OF JACK FRIEDLANDER
327 S. Plymouth Court, Suite 200
Chicago, IL 60604
Tel: (312) 427-7700
Email: jack@jackfriedlander.com

By:     /s/ Jack Friedlander
        Jack Friedlander, Esq.
        *Admitted Pro Hac Vice*